Complaint Exhibit A    First Complaint    L.T. Peterson, 4-17-15   FILED
CAPTAIN WHITE,           2016 Aug-15 PM 03:08
Warden Specth  W-2       U.S. DISTRICT COURT
Warden A. Mitre          N.D. OF ALABAMA

On the 16th of April around 1:30 P.M. in X-Y Dormitory I Inmate Quentin Truss #181630 just awaking up out my sleep to let my cellmate use restroom. When Officer Tsunia ~~Tsunia~~ approach me on X side sit on the sport bench and said that Officer Tyrell want me in the X-Y cord door hallway. Once I step in the X-Y Hallway their was several officers wait on me, once the X side door close behind me. To my left was Officer Turnbull, Officer Marks an to my right was Officer Tyrell closing the front door. Because I saw Officer Martin closing A.B.E. door threw glass window, but he saw me didn't know the situation. Standing in front of me was Officer Haywood an Officer Tsunia with cubile door open Cadet Freeman. Officer Haywood ask me my name an did I know Cadet Freeman step out the cubile door face me. Cadet Freeman ask me to take off my Tobogan skull cap to identify me. Once I took off my skull cap Cadet Freeman said "you Bitch Asses Niggaz" who disrespect me. I told her she got me fuck-up because I just came out my cell X-1 to let my cell partner use the restroom. That when Officer Haywood step in my face told me "Why I disrespect her new officers and slap me in the face. Then all of them start punch me and hit me with the sticks. Once I broke away from them Officer Tyrell, Officer Turnbull an Officer Haywood start mace me down. By that time Officer Marks took off run toward the front door, so I ran behind her to escape the maces and sticks. The Cadet Freeman pop the front door so I ran in the main Hallway on the West hall. That when several officers came run toward me because one of the officers in X-Y cord door call the code to cover-up the Lynching. Officer Marks, Officer Haywood an Officer Turnbull wasn't assigned to X-Y Dormitory on the

-1-

16th of April check the logs. That why I believe Officer Marks try to get away from the scene of the incident. If It wasn't for Officer Marks try to leave that day, the other Officers would've hurt me worser. L.T. Peterson if you do a Investigation on this incident ask anybody in cells from 1-5 did I just came out my cell an sit on the bench on X-side. Officer Haywood wasn't assigned to that Dorm an put my life in danger when she use "excessive force" against me violation my 8 Amendment rights. The procedure Officer Tyrell, Officer Tunstall use was a violation of the S.O.P. because a Sgt or L.T. should've been presence to make the call. L.T. Peterson I know in the past that I have rule #923 in my jacket an make things look bad for me. But the Heaven Father truth I wasn't the one their look for that time. I hope and pray that you do a through Investigation to clear me of any Disciplinary action. Wish that no other Inmate have to go threw this physical abuse. I took that day in X-Y Dormitory cord door Hallway. Because this was a illegal procedure that took places for a Class Action suit that I wish to avoid. And I wasn't allow a "Use of Force Statement.

Thank you
Quentin Trus #381630
Quentin Trus

C.C

(Exhibit B)
1-5

Jefferson Dunn, COMMISSIONER
ALABAMA Dept. OF CORR.
301 S. Ripley St.
P.O. BOX 301501
Montgomery, Al 36130-1501

State OF ALABAMA Personnel Board
3rd Floor Folsom Admin. BLDG.
64 North Union St.
Montogomery, Al 36130-4100

Investigation/Intelligence Division
P.O. BOX 150
MT. MEIGS, AL 36057

Warden Cheryl Price, I
W.E. Donaldson C.F.
100 Warrior LANE
Bessemer, Al 35023

Quentin Truss
#181630
William E Donaldson C
100 Warrior LN
Bessemer, Al 350

(Exhibit B)

RE: CORRECTIONAL OFFICERS I
TYRELL, HAYWOOD, TURNBULL,
J Tunstall, MARKS, CADET FREEMAN
DONALDSON CORR FAC.

## FORMAL COMPLAINT UNDER ADMINISTRATION REGULATION #207

PLEASE TAKE NOTICE THAT IS A FORMAL COMPLAINT BEING FILED IN ACCORDANCE WITH DEPARTMENT OF CORRECTIONS' ADMINISTRATION REGULATION #207 & 208. (EXCESSIVE FORCE ON INMATE)

## FACTS

ON 4-20-15, I RECEIVE A DISCIPLINARY FACTION #902 CONCERNING THAT OF AN INCIDENT THAT TOOK PLACE April 16, 2015. ENGAGED IN INMATE AND OFFICERS IN X-Y DORMITORY CORRIDOR, WHERE SEVERAL OFFICERS "USE EXCESSIVE FORCE" AND HALF OF THEM WASNT ASSIGNED TO THIS POST. BASED ON S.O.P WHEN OFFICER AND INMATE HAVE DISAGREEMENT THERE SUPPOSE BE A SUPERVISOR CALL TO SCENE. AND ONCE "A USE OF FORCE" TOOK PLACE INMATE ITS ALLOW "A USE OF FORCE STATEMENT" THAT WASNT ALLOW. PETITIONER' DUE PROCESS" RIGHTS WAS DENIED.

On or ABOUT 4/16/15 AROUND 1:30 P.M IN X-Y DORMITORY THE PETITIONER WAS TOLD BY OFFICER'S Tunstall THAT ANOTHER OFFICER TYRELL WANT ME IN THE X-Y CORRIDOR. WHERE NO ONE CAN SEE YOU EXCEPT WHEN GOT THE DOUBLE DOOR OPEN ON OUTSIDE. ONCE I STEP IN X-Y CORRIDOR HALLWAY AN THE DOOR CLOSE BEHIND ME. THEIR WAS SEVERAL OFFICERS WAIT ON ME WITHOUT A SUPERVISOR PRESENCE. TO MY LEFT WHERE OFFICER TURNBULL OFFICER MARKS AN TO MY RIGHT WAS OFFICER TYRELL CLOSING THE FRONT X-Y MAIN DOOR TO WEST HALL. IN FRONT OF ME WAS

-2-

Exhibit B

OFFICER HAYWOOD, OFFICER TURNBULL WITH CUBILE DOOR OPEN CADET FREEMAN. CADET FREEMAN CAME OUT THE CUBILE ASK ME TO TAKE MY SKULL CAP OFF TO IDENTIFY ME. ONEE I TOOK OFF MY SKULL CAP CADET TOLD THE OTHER OFFICER "HE BITCH ASSES NIGGAZ" WHO DIS-RESPECT HER. I TOLD HER I JUST CAME OUT MY CELL X-1, TO LET MY CELL PARTNER USE THE RESTROOM. THAT WHEN OFFICER HAYWOOD STEP IN MY FACE AN TOLD ME WHY I DISRESPECT HER NEW OFFICER. THEN SLAP ME IN THE FACE. THEN ALL OF THESES OFFICERS JOIN IN START PUNCH ME AND HIT ME WITH STICKS. ONCE I BROKE AWAY FROM THEM OFFICER TYRELL, OFFICER TURNBULL, OFFICER HAYWOOD START MACE ME DOWN. BY THAT TIME OFFICER MARKS TOOK OFF RUN TOWARD THE FRONT X-Y CORRIDOR, SO I RAN BEHIND HER TO ESCAPE THE MACES AN STICKS. THE CADET FREEMAN POP THE FRONT CORRIDOR SO I RAN INTO MAIN HALLWAY. THAT WHEN SEVERAL OFFICERS CAME RUN TOWARD ME. ONE OF THE OFFICERS IN X-Y CORRIDOR HAD CALL THE CODE, TO COVER UP THE LYNCHING. OFFICERS MARKS, HAYWOOD, TURNBULL WASN'T ASSIGNED TO THIS POST, CHECK THE LOGS ON THE 16th OF APRIL. VIOLATING ADMIN. REG #208-28 SECTION FIVE S.O.P. IF WASN'T FOR OFFICERS MARKS TRY TO LEAVE THE SCENE OF THE INCIDENT, THE OTHER OFFICERS WOULD'VE HURT ME WORSTER. THAT WHY OFFICER TYRELL WROTE THE DISCIPLINARY VIOLATION 901. TO KEEP THE OTHER OFFICERS FROM BEEN IDENIFY TO COVER UP FOR MISCONDUCT AND PROCEDURE VIOLATION OF S.O.P HIDING FROM SUPERVISOR. MY 8 AMENDMENT RIGHTS WAS VIOLATED BY USING "EXCESSIVE FORCE" AGAINST WHEN ALL THEIR HAD TO DO CALL A SUPERVISOR. WARDEN SPECKS WAS ALSO UNPROFFESSIONAL IN THE INFIRMARY TELL OFFICERS

TO GET ME OUT SHOWER AFTER 3 OFFICERS MACE ME AN IT WAS SO STRONG ON MY PERSON. CAPTAIN BALDWIN THREATNING TO BUST MY HEAD IF I CALL HIS NAME AGAIN. WARDEN SPECKS WOULDN'T LET ME GET A THOROUGHLY BODY CHART RUSH NURSE OFF ME. I ASK L.T. PETERSON FOR "USE OF FORCE STATEMENT" WAS DENIED CHECK MY FILES. THE COVER-UP OF THIS INCIDENT AND DISCIPLINARY FACTION SHOW "MISCONDUCT AND UNPROFESSIONAL" ON THE PART OF THE OFFICIALS INVESTIGATING, SHOW PREJUDICES CAUSE OF FEMALE OFFICERS INVOLVE............... IN ACCORDANCE WITH THE ADMIN. REG #207 #208, STANDARD OF CONDUCT OF DOC EMPLOYEES: SUPERVISORS ARE RESPONSIBLE FOR PROVIDE POSITIVE LEADERSHIP AND POSITIVE "EXAMPLE", CAUSE THEIR CONDUCT ON THEIR JOB HAS A DIRECT BEARING ON THE EFFICIENCY ACCOMPLISHMENT OF OFFICIAL DUTIES, AND RESPONSIBILITIES. THE STANDARD OF CONDUCT OUTLINED IN THE ADMIN. REG #207-208 APPLY TO ALL STATE EMPLOYEE WITH THE D.O.C AND DESIGNED TO ENCOURAGE EMPLOYERS TO MAINTAIN A LEVEL OF BEHAVIOR AND EFFICIENCY REFLECTING THE BEST IMAGE OF SERVICE AND CONFORMING TO THE HIGHEST PROFESSIONAL AND ETHICAL PRINCIPLES; OBSERVING THE LAW AND RULES OF EACH ADMIN. REG. AND RECOGNIZE THEIR RESPONSIBILITIES FOR TAKING AN ACTIVE PART IN D.O.C. AFFAIRS. EACH EMPLOYEE CONDUCT SHALL AT ALL TIMES BE CONSISTENT WITH THE MAINTENANCE OF PROPER SECURITY AND WELFARE OF THE INSTITUTION AND OF THE PRISONERS UNDER HIS OR HER SUPERVISION. WHEREFORE OFFICER TYRELL, OFFICER HAYWOOD, OFFICER

TURNBULL, OFFICER ~~TUSCUSA~~ unstall, OFFICER MARKS, CADET FREEMAN CONDUCT WAS INTENTIONALLY, KNOWINGLY AND UNPROFESSIONALLY, WELL AS WARDEN SPECKS, CAPTAIN BALDWIN, L.T. PETERSON, AND UNBECOMING OF THAT OF A CORRECTIONAL SUPERVISOR EMPLOYEE FOR THE D.O.C., COMMISSIONER DUNN.

## RELIEF SOUGHT

I'M REQUESTING THAT ALL CORRECTIONAL OFFICERS 1 ~~TUSCUSA~~ unstall, MARKS, TYRELL, HAYWOOD, TURNBULL CONDUCT AND ACTION HEREIN BE THOROUGHLY INVESTIGATED. AND CADET FREEMAN BE WARN~~ED~~ FOR THE INFLUENCE OF THE OTHER OFFICERS MISTAKE. THAT WARDEN SPECKS BE REMOVE FROM ALLOW TO TAKE PART IN THE INCIDENT. THAT ALL PARTY INVOLVE IN THIS "EXCESSIVE FORCE" BE SUSPEND WITHOUT PAY. AND LEARN AND UNDERSTAND ALL ADMIN. REG. RULES IN ACCORDANCE WITH #207 #208 PROPER PROCEDURE AFFORDING TO OFFICERS. I'M ALSO REQUESTING THAT WARDEN C. PRICE DO A THOROUG INVESTIGATION WITH INVESTIGATIONAL INTELLIGIENC DIVISION TO SEE IF ANY CRIMINAL PROCEDURE VIOLATED. AND ALL DISCIPLINARY ACTION INVOLE IN THIS INCIDENT BE EXPUNGE FROM MY INSTITUTION FILE AN BE ALLOW BACK IN GENERAL POPULATION OR TRANSFER.

YOUR TIME IS SINCERLY APPRECIATED

Thankyou
Quentin Truss 181630
QUENTIN TRUSS #181630

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS 29 DAY APRIL 2015.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES

-5-

JEFFERSON DUNN, COMMISSIONER
ALABAMA DEPT. OF CORR.
301 S. RIPLEY ST.
P.O. BOX 301501
MONTGOMERY, AL 36130-1501

STATE OF ALABAMA PERSONNEL BOARD
3rd Floor Folsom Admin. BLDG
64 North UNION ST.
MONTOGEMERY, AL 36130-4100

INVESTIGATION/INTELLIGIENCE DIVISION
P.O. BOX 150
MT. MEIGS, AL 36057

WARDEN CEDRICK SPECKS
W.E. DONALDSON C.F.
100 WARRIOR LANE
BESSEMER, AL 35023

QUENTIN TRUSS #181103
WILLIAM E. DONALDSON C.F.
100 WARRIOR LANE
BESSEMER, AL 35023

Exhibit C

RE: CORRECTIONAL SUPERVISOR OFFICERS
A. MIREE, WHITE, THOMAS, SANDER, L-
BONNER, J. MURKVREE, C.O.I R. EVANS

DONALSON CORR. FAC.

## FORMAL COMPLAINT UNDER ADMINISTRATION REGULATION #207

PLEASE TAKE NOTICE THAT IS A FORMAL COMPLAINT BEING FILE IN ACCORDANCE WITH DEPARTMENT OF CORRECTIONS ADMINISTRATION REGULATION #207-#208. (8-14 AMENDMENT RIGHTS VIOLATION)

## FACTS

ON THE 4-16-15 COMMISSIONER DUNN AROUND 1:30PM IN X-Y DORMITORY AT DONALDSON CORRECTIONAL FACILITY THIS IT'S HOW ALL BEGIN. PETITIONER WAS TOLD BY C.O.I TUNSTALL THAT C.O.I TERRELL WANT ME IN THE X-Y CORRIDOR. ONCE I ENTER CORRIDOR THERE WERE SEVERAL C.O.I WAIT ON ME WITHOUT A SUPERVISOR PRESENCE. I WAS QUESTION ABOUT DISCIPLINARY FACTION #923 THAT WAS LATER DISAPROVE FOR THE PROCESSING. IN X-Y CORRIDOR ITS PART OF DORMITORY WHERE C.O.I. TRICK INMATES THERE TO DO DIRTY DEEDS TO INMATES WHERE NO ONE CAN WITNESS. C.O.I. HAYWOOD WHICH IT'S A FEMALE OFFICERS "SLAP ME IN THE FACE" THAT CAUSE THE OTHER OFFICERS TO ATTACK ME. THE PETITIONER WAS BEATEN WITH STICKS AND PUNCH REPEATLY BY C.O.I's TERRELL, TURNBULL, C.O.I TUNSTA FOR SEVERAL MINUTES TO I RAN. ONCE I WOULDN'T LET THEM HIT ME NO MORE C.O.I's HAYWOOD, TERRELL, TURNBULL SPRAY ME WITH MAC FOR FEW SECOND. BEFORE C.O.I MARKS RAN TO FRONT CORRIDOR THAT LEAD TO FRONT DOOR TO MAIN HALLWAY, ONCE OFFICER MARKS GOT CADET FREEMAN TO PUSH THE BUTTON TO LET HER OU BECAUSE SHE DIDN'T THINK THE OTHER WAS GOING TO TAKE

-2-

Exhibit C

THAT FAR. ONCE DOOR OPEN I RAN BEHIND HER BECAUSE I WAS LOSING MY VISION FROM THE THREE CANS OF MACES ON MY PERSON. ONCE INSIDE ON THE MAIN HALLWAY I SAW SEVERAL C.O. I RUN MY WAY BECAUSE ONE OF THE FEMALES OFFICERS IN THE X-Y CORRIDOR CALL THE CODE. I WAS TOOK TO THE HOSTIPAL AND PUT IN THE SHOWER FOR A FEW MINUTES TO WARDEN SPECKS MADE THEM TAKE ME OUT WITH MY SHIRT FULL OF MACES. I TRY TO TALK TOO CAPTAIN BALDWIN AND EXPLAIN WHAT HAPPEN ONLY TO BE TOLD THAT "HE WILL SLAP SHIT OUT OF ME IF I CALL HIS NAME AGAIN" HANDCUFF FROM THE BACK. WARDEN SPECKS WOULDNT LET THE NURSE DO A THOROUGHLY BODY CHART BECAUSE MACES WAS SO STRONG. THE NURSE GREEN HAD TO CUT MY SHIRT OFF BEFORE SGT PRICE TOOK PITURE OF ME AND PUT MY SHIRT IN A BAG. I ASK L.T. PETERSON FOR A "USE OF FORCE STATEMENT FORM" DENIED. ON THE 4-29-15 ABOUT 7:30AM I PETITIONER WERE TAKEN TO DICIPLINARY HEARING BY SGT JENKINS FROM U-W SEGREGATION UNIT. ONCE THE HEARING PROCEED WARDEN SPECKS CAME IN THE WEST CLASSIFICATION AND I ASK HIM HOW COULD I ASSAULT 5 C.O.'S BUT GET CHARGE FOR ONE. HE TOLD ME I HAD TO DO SOMETHING ORDER FOR ME TO BE CHARGE AND NEED MY A..ES KICK FOR ASSAULTING HIS FEMALE OFFICER. I TOLD WARDEN SPECKS HE WAS AT THE HOSTIPAL DIDNT SEE NO SIGN OF C.O1. TERRELL BEING TOUCH OR MARKS ON HER BODY PERIOD. COMMISSIONER DUNN IM SHOW YOU THE COVER-UP THAT WARDEN SPECKS AN HEARING OFFICER SGT JENKIN DID DURING THE HEARING. I ASK C.O1. TERRELL HOW COULD I ASSAUT HER BUT KNOT C.O1. TUNSTALL WHO WORK THE UNIT WITH HER. SHE TOLD HEARING OFFICER SHE WAS ALONG AND HE WASNT PRESENCE I ALSO ASK C.O1. TERRELL HOW COULD I ASSAULT HER WHEN C.O1's TUNSTALL, TURNBULL, HAYWOOD, MARKS, CADET FREEMAN PRESENCE. SHE TOLD HEARING OFFICER "I SWON ON HER WITH THEM PRESENCE. BUT SHE TOLD HEARING OFFICER TUNSTALL WASNT PRESENCE IN THE LAST QUESTION. IF YOU LOOK AT MY FINAL COPY QUESTION + ANSWER

you see yourself. On the 4-29-15 I got a formal complaint notarizes by C.O.1 Wathins once I was taken from disciplinary hearing after I was found guilty. I watch hearing officer Sgt Jenkins talk to Warden Specks and two days later Warden Specks approve me guilty. Warden Specks had knowledge of the whole incident and still found me guilty instead of let Warden Price rule on this. If I would've knew that he was going to rule on this disciplinary, I would've inform Warden Price and you Commissioner but it was too late. This its one reason why I'm afraid to go back population because all the officers involve in this incident were females. Now I'm sadly you why I'm writing this formal complaint because of what one male officers did an this incident it's 5 months old. (Exhibit B-2) Warden Price who now your Institutional Cordnator investigated the formal complaint against the C.O.'s & officials found that C.O.1 Terrell lied about being along an C.O.1 Turnbull, C.O.1 Haywood, C.O.1 Marks was off their asszon post before the code was call. Why were 3 bottles of maces spray an empty on Pete Tower. That C.O.1 Tunstall was presence when the excessive force took places an why no supervisor were call. I don't know if Warden Price wrote these officers up for misconduct. Commissioner Dunn if you look at facts behind this incident I was lynch by C.O.1 Terrell, Haywood, Turnbull, Tunstall and C.O.1 Marks didn't do nothing to me or Cadet Freeman but their know what happen. This why put my life in danger in this facility if I go back to population because somebody going to try defend for these women. That Sgt Jenkin an Warden Specks cover-up the facts behind these misconduct violatio-

-4-

On the 5-11-15 petitioner was recommend re-class by classification officers Ashley Crutcher an classification supervisor specialist L. Bonner an Warden A. Miree. On the 5-21-15 I was approve by Central Review Board member Bridgett Tyner recommend reclass. (Exhib A) On the 8-17-15 I wrote classification supervisor specialist L. Bonner to take me out of close on 8-21-15 in which she refuse to response back, but ass my request to Warden A. Miree who refuse to take me out of closed-custody. I understand Commissioner Dunn that I can be held up to a year for incident report. But I was recommend on 3 months close and that Central Review Board job knot Warden A. Miree descion. On the 8-28-15 I the petitioner was approach by C.O.I. R. Evans in V-W segregation unit the C.O.I. call me all kind of sexually offensive remarks an told me he was going to attack me soon as he get the chances. I had several inmate witness this officer theatening me twice. I wrote a complaint to Sgt Sander, Lt. Thomas, Sgt. Murphyree, Captain White, Warden A. Miree because he said that I attalk his co-worker who its a female. I felt very nerves because of last incident that happen in that corridor on 4-16-15 in X-Y corridor. So I file. (Exhib B) Couple days later same officer R. Evan bought Nurse Clum to give me my medicine on the 9-3-15 that was fraining see. (Exhib C) This officer keep come to my cell during pill call got me afaid to accept my dose......... In accordance with the Admin. Reg. #207-#208 Standard of Conduct of D.O.C. Employees: Supervisors are responsible for provide postive leadship and postive" example"; cause their conduct on their job has a direct bearing on the efficiency accomplishment of official

-5-

DUTIES AND RESPONSIBITIES, THE STANDARD OF CONDUCT OUT-
LINED IN THE ADMIN. REG 207 & 208 APPLY TO ALL STATE EMPLOYEE
WITH THE D.O.C. AND DESIGNED TO ENCOURAGE EMPLOYEES TO
MAINTAIN A LEVEL OF BEHAVIOR AND EFFICIENCY REFLECTING
THE BEST IMAGA OF SERVICE AND CONFORMING TO THE HIGHEST
PROFESSIONAL AND ETHICAL PRINCIPLES; OBSERVING THE LAW
AND RULES OF EACH ADMIN REG AND RECONZIFE THEIR
RESPONSIBILITY FOR TAKING AN ACTIVE PART IN D.O.C. AFFAIRS.
EACH EMPLOYEE CONDUCT SHALL AT ALL TIMES BE CONSISTENT
WITH THE MAINTENANCE OF PROPER SECURITY AND WELFARE OF
THE INSTITUTION AND OF THE PRISONERS UNDER HIS OR HER
SUPERVISION WHEREFORE OFFICER R. EVANS CONDUCT WAS
INTENTIONALLY, KNOWINGLY AND UNPROFESSIONALLY, WELL AS
WARDEN A. MIREE, CLASSIFICATION SUPERVISOR SPECIALIST L. BONNER,
CAPTAIN WHITE, LT. THOMAS, SGT SANDER, SGT J. MURPHREE AND
UNBECOMING OF THAT OF A CORRECTIONAL OFFICERS, SUPERVISOR,
EMPLOYEE FOR THE D.O.C COMMISSIONER DUNN.

## RELIEF SOUGHT

IM REQUESTING THAT CORRECTIONAL OFFICER I
R. EVANS NEVER BE ABLE TO WORK AROUND PERIOD,
BRING MY MEDICINE OR SHOWER ME IN ANY
SEGREGATION UNIT I LIVE THAT CLASSIFICATION
SUPERVISOR SPECIALIST L. BONNER TAKE OF CLOSE-
CUSTODY WELL AS A. MIREE AND TRANSFER ME FROM