DONALDSON SEGREGATION OUT OF FEAR FOR MY LIFE TO ST. CLAIR FAC, HOLMAN PRISON SEGREGATION FACILITY TO MY SEGREGATION TIME IT'S UP AND INVESTIGATED R. EVANS BEHAVIOR. AND MY DISCIPLINARY BE EXPUNGE FROM MY INSTITUTION FILE OF THE RULE #902 FACTION.

YOUR TIME IS SINCERLY APPRECIATED

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS __8__ DAY October 2015.

THANK YOU,

_Quentin Truss 181630_
QUENTIN TRUSS #181630

_John Brett Mun_
NOTARY PUBLIC

MY COMMISSION EXPIRES OCTOBER 23, 2016

MY COMMISSION EXPIRE

C.C.

-7-

COMPLAINT                                       Sgt Murphree CAPTAIN WHITE WARDEN A. Mire
                                                Sgt SANDER LT THOMAS 9-1-15
ON The 8-28-15 in V-W segregation Unit around 7:30PM I Inmate Exhibit D
QUENTIN Truss #181630 W-8 was approach by C.O. R. Evans. Stating that I was a "Bitch Asses Nigger" an I'm a PUSSY Asses Nigger, he's going to put his "Foot in my Asses". That he didn't like the fact that I Inmate Quentin Truss #181630 assaulted his co-worker an friend Officer Terrell. He its going to kick my Asses while I'm Handcuff next time I shower in V-W Unit. There were several Inmate heard Officer R. Evans make these statement toward me on W. Side Unit Floor in front of my cell. This it's one reason why I'm afraid for my life in Donaldson C.F. after assault on a female Officer I never touch. Because Officers like R. Evans talk about take revenge against me talking about protecting his fellow officers by using excessive force. Officer R. Evans stated that he's going to catch me with handcuff on or off one day that will violated my 8 Amendment Right Excessive force. He also use Sexually Offensive comments toward me about "Put His Foot in my ASSES" an "I'm a Bitch ASSES Nigger" an PUSSY ASSES Nigger" violating my 14 Amendment Rights. I'm afraid to shower around this Officers because I witness him assaulted a Inmate in this Unit before last year with Handcuff on from the back. This it's Sexually Harassement by C.O. R. Evans talk about my Manhood an private parts that's disrespectful

-1-

to threatening my life and said he didn't give a fuck who I wrote about this Incident. I'm afraid for my life around Officers like R. Evans who talk about revenge on other Officers. Incident that happen in the past an I have witnesses in 7 cell on 33 cell on W Side who heard this Officer's comment. Sgt Snyder, Lt Thomas, Captain White, Warden Mirce I hope and pray that something be done about this Officers #208 Misconduct. I'm asking for you to remove this Officers from working around me in this V-W Unit. Sgt Snyder, Lt Thomas, Captain White, Warden Mirce in this Matter or do I got to write I&I on the Commissioner Officers for relief

Marquis Vaughn 293183

Benjamin Rogers 286497

Witness

Quentin Truss 181630
QUENTIN TRUSS #181630

John Everett Myrx
Notary   MY COMMISSION EXPIRES OCTOBER 23, 2016

-2-    C.C.

COMPLAINT

Sgt SANDER, LT THOMAS, CAPTAIN WHITE
Sgt Murphee   9-9-15   WARDEN MIREE
Exhibit B

ON the 9-3-15 in V-W Segregation Unit around 1:50 AM J Inmate Quentin Truss #181630 was approach by C.O.I R. Evans with Nurse Clum. During Pill Call right before breakfast while Nurse Clum gave me my Medicine C.O.I R. Evans told me in front of Nurse Clum "I'M YOUR WORST NIGTMARE". Nurse Clum ask C.O.I R. Evans why did he said that to me for no reason. C.O.I R. Evans told her that's "Between MEAN Inmate Quentin Truss #181630. Nurse Clum witness this Officers Misconduct toward me making threats after I wrote a Complaint on the 8-28-15. Officers R. Evans still harassing me in V-W Unit regardless of who I wrote for relief in this matter. I'm afraid more for my life now knowing that Administration ain't taking me serious, why C.O.I. Terrell put her co-worker up against me for revenge. How can I every go back to population in Donaldson C.F. When I'm being threatening in Segregation Unit. _____ I need you to do a Thoroughly Investigation into C.O.I. Evans behavior an keep him from me period. If you think I'm Lying about this Incident took places ask Nurse Clum why its still fresh on her mind. I want you _____ to go too Nurse Clum and vertify this what's been said the morning in V-W

-1-

Segregation Unit on 9-3-15 during PillCall, I hope and pray ———————— that you take these situation serious because of the female Officers involved and Transfer me. If I can get no relief in this Matter I'll be force to file a formal Complaint #207-208 to I&I on the Personnell Department, Commissioner Offices for Misconduct Charges. (14 Amendment Rights)

Quentin Truss 181630
QUENTIN TRUSS #181630

NOTARY
MY COMMISSION EXPIRES OCTOBER 23, 2016

-2-

Exhibit F

*[handwritten: Didn't 90 Court on it rule without me Present]*

*[handwritten: W-8 ✓]*

DISC004

## Alabama Department of Corrections
### DISCIPLINARY REPORT
### 403A Warden Decision

**Incident Report Number:** WDCF-15-00877

1. **Inmate:** TRUSS, QUENTIN BERNARD **Custody:** MEDIUM **AIS:** 00181630A
2. **Institution:** WILLIAM E. DONALDSON CORR. FAC **Disc #:** WDCF-15-00877-2
3. **The above inmate is being charged by:** FREEMAN, DANA M

   with a violation of the following Rule(s):
   923 - Indecent exposure / exhibitionism / lewd conduct
   From Administrative Regulation #403, which occured on or about:
   Apr 16 2015 1:28PM at X and Y Block Corridor

   **A hearing on this charge will be held after 24 hours from being served.**

4. **Circumstances of the violation(s) are as follows:**
   On April 16, 2015 Cadet Freeman did see you, inmate Quentin Bernard B/181630 engaged in a lewd act.

   | 04/16/2015 | FREEMAN, DANA M / Trainee |
   |---|---|
   | Date | Arresting Officer Name / Title |

5. I hereby certify that on this 30th day of April, 2015, at (time) 13:49:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

   | GADSON, RODERICK L | Inmate Refused to Sign |
   |---|---|
   | Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. **Witnesses desired?** **NO:** Inmate Refused to Sign    **YES:** _____
   Inmate's Signature                    Inmate's Signature

7. **If yes, list:** N/A

8. **Hearing Date:** May 13, 2015 **Time:** 08:46:00 **Place:** W.E.D.C.F.
9. Inmate must be present in Hearing Room. If he / she is not present, explain in detail on additional page and attach.
10. The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.

    WATTS, EDDIE D
    Hearing Officer Name / Title

11. A finding is made that the inmate is capable of representing himself / herself.

    WATTS, EDDIE D
    Hearing Officer Name / Title

12. **Plea:** TRUSS, QUENTIN BERNARD / 00181630A    **Not Guilty**

13. **Arresting Official's testimony (at the hearing):**
On April 16, 2015, I observed inmate Quentin Truss while he engaged in a lewd act while looking directly at me. He was standing in the doorway of his assigned cell in X Unit.

14. **Inmate's testimony:**
I did not do anything wrong I am not guilty.

15. The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.

    WATTS, EDDIE D
    Hearing Officer Name / Title

16. The following witnesses were not called:

Alabama Department of Corrections                                                                                         DISC004

DISCIPLINARY REPORT CONTINUATION WDCF-15-00877-2

403A Warden Decision

N/A

**17. After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):**
The hearing Officer finds that:
Due to the mismanagement of this particular disciplinary process, inmate Truss will be found not guilty.

**18. Basis for finding of fact:**
Due process violation. The alleged infraction was committed on the 16th of April. The initial serve and inmate acknowledgement wasn't completed until the 30th of April which exceeded the 10 calendar days allowed.

**19. Hearing Officer's decision:**   [ ] Guilty   [X] Not Guilty   [ ] Recommend for reinitiation

**20. Hearing Officer's recommendation of sanction(s) to be taken against this inmate:**

[ ] Counseling / Warning

[ ] Extra Duty for ____ days at ____ hours per day under supervision _____ Shift

[ ] Loss of Outside privileges for ____ days

[ ] Loss of Canteen privileges for ____ days

[ ] Loss of Telephone privileges for ____ days

[ ] Loss of Visiting privileges for ____ days

[ ] Removal from Hobby Craft

[ ] Loss of Good Time ____ Yrs ____ Mos ____ Dys

[ ] Disciplinary Seg for ____ days

[ ] Recommend Custody Review

[ ] Recommend Job Change

[ ] Financial Compensation _____

**Community Based Institutions Only:**

[ ] Draw cut to ___ (min $25) for ___ days

[ ] Restriction / State Whites for ____ days

[ ] Loss of Passes for ____ days

[ ] Return to Inmate Staff for ____ days

WATTS, EDDIE D
Hearing Officer Name / Title

**21. Warden's Action - Date:**   05/14/2015

Approved   Cedric Specks _____

Disapproved _____

Other (specify) _____

**22.** I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named Inmate on this the _04_ day of _May_, 20_15_ at (time) _10:29_ (am / pm).

**23.** _R. Dudson CO_ _____   X _Quester Truss_ _____
Serving Officer Name / Title                                                   Inmate's Signature / AIS Number

Distribution:   Original to Central Records Division
                Copy to:   I & I (If Federal or State law violated)

Run Date: 5/14/2015 2:43:58 PM                                                                                            Page

Alabama Department of Corrections

# DISCIPLINARY REPORT
## 403A Warden Decision

**Incident Report Number:** WDCF-15-00877

1. **Inmate:** TRUSS, QUENTIN BERNARD          **Custody:** MEDIUM          **AIS:** 00181630A
2. **Institution:** WILLIAM E. DONALDSON CORR. FAC          **Disc #:** WDCF-15-00877-1
3. **The above inmate is being charged by:** TERRELL, LATASHA P

   with a violation of the following Rule(s):

   902 - Assault on a Person(s) associated with ADOC

   From Administrative Regulation #403, which occured on or about:

   Apr 16 2015 1:28PM at X and Y Block Corridor

   A hearing on this charge will be held after 24 hours from being served.

4. **Circumstances of the violation(s) are as follows:**

   You inmate Truss assaulted Officer Terrell in X and Y block corridor.

   | 04/16/2015 | TERRELL, LATASHA P / Officer |
   |---|---|
   | Date | Arresting Officer Name / Title |

5. I hereby certify that on this 20th day of April, 2015, at (time) 07:37:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

   | GADSON, RODERICK L | See Signed 403A (1-4) |
   |---|---|
   | Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. **Witnesses desired?**    **NO:** _____    **YES:** See Signed 403A (1-4)
                              Inmate's Signature                     Inmate's Signature

7. **If yes, list:**  BENFORD, TERRY DEWAYNE / 00174875D
                     HAYWOOD, GREGOREE B
                     SPEARS, JERMAINE KARTELL / 00240502B

8. **Hearing Date:** April 29, 2015    **Time:** 08:33:00    **Place:** West Classification
9. Inmate must be present in Hearing Room. If he / she is not present, explain in detail on additional page and attach.
10. The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.

    | JENKINS, MOHAMMAD S |
    |---|
    | Hearing Officer Name / Title |

11. A finding is made that the inmate is capable of representing himself / herself.

    | JENKINS, MOHAMMAD S |
    |---|
    | Hearing Officer Name / Title |

12. **Plea:** TRUSS, QUENTIN BERNARD / 00181630A          **Not Guilty**

13. **Arresting Official's testimony (at the hearing):**
    "Inmate Truss assaulted me in the corridor of X & Y.
14. **Inmate's testimony:**
    " I did not assault her, she is lying".
    **14a Witness:** BENFORD, TERRY DEWAYNE / 00174875D
    **Testimony:** " I saw him go in the corridor with 4 other officers".
    **14a Witness:** SPEARS, JERMAINE KARTELL / 00240502B
    **Testimony:** " He was sleep in the cell, until he was called to the corridor by Officer Terrell".

Run Date: 5/1/2015 9:17:14 AM                                                               Page 1 of 3

-10-

Alabama Department of Corrections                                   DISC004

## DISCIPLINARY REPORT CONTINUATION WDCF-15-00877-1
### 403A Warden Decision

**15.** The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.

JENKINS, MOHAMMAD S
Hearing Officer Name / Title

**16.** The following witnesses were not called:
**Witness:** HAYWOOD, GREGOREE B
**Reason Not Called:** witness refused to attend.

**17.** After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):
The hearing Officer finds that:
Hearing Officer finds Inmate Truss guilty.

**18.** Basis for finding of fact:
Findings are based on the Arresting Officer's testimony and the testimony of Inmate Truss.

**19.** Hearing Officer's decision:  [X] Guilty    [ ] Not Guilty    [ ] Recommend for reinitiation

**20.** Hearing Officer's recommendation of sanction(s) to be taken against this inmate:

[ ] Counseling / Warning

[ ] Extra Duty for _____ days at _____ hours per day under supervision _____ Shift

[ ] Loss of Outside privileges for _____ days                     **Community Based Institutions Only:**

[X] Loss of Canteen privileges for 30 days, as of 05/01/2015      [ ] Draw cut to __ (min $25) for __ days

[X] Loss of Telephone privileges for 30 days, as of 05/01/2015    [ ] Restriction / State Whites for _____ days

[X] Loss of Visiting privileges for 30 days, as of 05/01/2015     [ ] Loss of Passes for _____ days

[ ] Removal from Hobby Craft                                      [ ] Return to Inmate Staff for _____ days

[ ] Loss of Good Time _____ Yrs _____ Mos _____ Dys

[X] Disciplinary Seg for 45 days

[ ] Recommend Custody Review

[ ] Recommend Job Change

[ ] Financial Compensation _____

JENKINS, MOHAMMAD S
Hearing Officer Name / Title

**21.** Warden's Action - Date:   05/01/2015

Approved       Cedric Specks

Disapproved    _____

Other (specify) _____

**22.** I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named Inmate on this the _7_ day of _MAY_, 20_15_ at (time) _1035_ (am) pm ).

Run Date: 5/1/2015 9:17:14 AM                    — 11 —                              Page 2 of 3

Alabama Department of Corrections

DISC004

## DISCIPLINARY REPORT CONTINUATION WDCF-15-00877-1

### 403A Warden Decision

23. __MChambers CO__     __Inmate Refuse To Sign MChambers CO__
Serving Officer Name / Title     Inmate's Signature / AIS Number

Distribution:    Original to Central Records Division
            Copy to:    I & I (If Federal or State law violated)
                       Inmate Institutional File
                       Board of Pardons and Parole
                       Sentencing Judge (if applicable)

-12-

Exhibit G

MY COPY.

Quinton Truss
#181630

# Question for Disciplinary
Officer Tyrell

1. Officer Tyrell It's it true or knot that every employee for ADOC an Inmate must follow an know all procedure of Administrative AR 403 S.O.P.? yes or no

2. Did you type and sumbit your own Disciplinary Report 403 A Form Yourself when prepaire charge against Inmate Truss? yes or no
The Supervisor handles that.
It's it true Officer Tyrell in the 403 AR when preparation of charge line 1-4 must be completed before Inmate is charge correctly? yes or no And it was completed

3. How's Inmate's In your Disciplinary Report 403 A Form on line 4 circumstance of violation, you never stated the details of the incident or Inmate Truss Fullname or AIS: for him submit question to Arresting Officer? explain Irrelevant

4. Officer Tyrell Accordly to Rule Violation of Definition and example of Rule #902 thur must be an willfull attempt to inflict injury upon an employee or person associated with ADOC or reason to fear or expect immediate bodily harm? yes or no Irrelevant

Told her 5. Officer Tyrell What evidence do you have beside saying
Jenkins in your Disciplinary Report 403 A Form that Inmate Truss Assaulted you? explain A Body chart.

Jenkins 6. Officer Tyrell What was your reason for call Inmate Truss
got the Idea in X-Y corridor because Cadet Freeman said someone
from this disrespect her? yes or no Because he was pointed out

7 Officer Tyrell what it the Standard Operating Proceduce S.O.P when a Officer have a rule violation issue with a Inmate who disagree with the Officers? explain Bring them to a Supervisor and issue a disciplinary for the violation

8 Officer Tyrell what was the reason to call Inmate Truss in the X-Y corridor from the Fict place? explain already answered in question 6.

9 Officer Tyrell Could you explain to Hearing Officer why was Officer Haywood, Officer Marks and Officer Turnbull presence in the X-Y corridor before the code was call against Inmate Truss? explain They were there assisting me in the unit.

10 Officer Tyrell I want you to explain to Hearing Officers how could Inmate Truss assault you with Officers Turnbull Officer Marks to his left an Officer Haywood, Officer Tunstall standing in front of him boxing? explain Because he swang on me in front of them.

11 Officer Tyrell It's it true or not reason why you wrote this Disciplinary because you didn't want to expose the other Officer who violated Admin. Reg. 208#-28# section five-leaving their assigned post? true or not — Irrelavnt I wrote the disciplinary because you assaulted me

12 Officer Tyrell Could you explain to hearing Officer how did Inmate Truss get out of X-Y corridor Hallway to west Hallway when the code was call? explain the door was opened.

13 Officer Tyrell why was you the Officer who wrote this charge against Inmate Truss when Officer Haywood who slap him in X-Y corridor Hallway

QUESTION FOR DISCIPLINARY    Exhibit G
OFFICER TYRELL
MY COPY

14. OFFICER TYRELL WHEN THIS INCIDENT TOOK PLACES ON THE 16th OF April in X-Y CORRIDOR WAS OFFICER TUNSTALL PRESENCE? yes or (no)  look At question 10 she lied

15. OFFICER TYRELL WHY DIDNT OFFICER TUNSTALL GET Assaulted on the 16th OF APRIL In X-Y CORRIDOR But you DID? explain
He wasn't present. look At question 10

16. OFFICER TYRELL DID YOUR BODY CHART AFTER THE INCIDENT SHOW THAT YOU HAD PHYSICAL INJURY ON 16th April? If so Can HEARING OFFICER INVESTIGATED YOUR FILE?   No, it didn't.

*She said never got touch*

17. OFFICER TYRELL WHEN DEFINING RULE VIOLATION *902- ASSAULT ON PERSON ASSOCIATED WITH D.O.C. IN ADMIN REG AR403 states: Must BE an WILLFULL ATTEMPT TO INFLICT INJURY UPON AN EMPLOYEE or PERSON ASSOCIATED WITH A DOC or reason to FEAR or expect immediate BODILY HARM: DO YOU HAVE ANY OF THESE ELEMENTS IN YOUR DISCIPLINARY REPORT 403A AGAINST INMATE TRUSS? yes or no    Irrelevant

*Where the Element of 902 got have*

~~Does your incident Report show that you had~~

18. OFFICER TYRELL COULD YOU explain TO INMATE TRUSS WHAT IS A DUE PROCESS Procedural Violation? explain   Irrelevant