IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
SOUTHERN DIVISION

QUENTIN TRUSS, AIS # 181630

    Plaintiff,

v.                           2:16-cv-01326-AKK-JHE

LATASHA TERRELL, et al.

    Defendants.

## **RESPONSE TO ORDER (DOC. 17)**

Comes now undersigned counsel to respond to this Court's Order (Doc. 17) as follows:

1.    Undersigned counsel has obtained from Donaldson Correctional Facility the last known mailing address of Dana Freeman. Counsel will file this address under seal by separate document.

2.    Dana Freeman was not employed by ADOC when the Order for Special Report was issued and has not filed a waiver or requested representation from ADOC or the undersigned.

3.    Undersigned counsel has been in contact with Officer Tunstall's unit in Montgomery, the 908th Security Force Squadron, and discovered that he has been deployed with the 386th Security Force Squadron of the 386th Air Expeditionary Wing of the United States Airforce. His anticipated return date

1

is 1 March 2018. A copy of Officer Tunstall's leave requests to ADOC, Military Orders, and a Memorandum from his First Sergeant confirming his deployment in the Middle East will be filed under seal by separate document.

    4.    Officer Tunstall was on military leave when the Order for Special Report was issued and thus, has not signed a waiver of service and has not requested representation from ADOC or the undersigned.

    5.    Absent proper service or a waiver of service and a request from Defendants Freeman and Tunstall, the undersigned is not authorized to represent them in this matter.

    Respectfully submitted,

    STEVE MARSHALL
    ATTORNEY GENERAL


    /s/ *Jack Wallace, Jr.*
    Jack Wallace, Jr.
    ASSISTANT ATTORNEY GENERAL


**ADDRESS OF COUNSEL:**
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
334-242-7300
334-242-2433 (Fax)
jwallace@ago.state.al.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2017, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, and that I have further served a copy on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

Quentin Truss, AIS 181630
Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL 35023

                                   /s/ *Jack Wallace, Jr.*
                                   Jack Wallace, Jr.
                                   ASSISTANT ATTORNEY GENERAL