# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| QUENTIN TRUSS, <br> AIS # 181630 <br><br> Plaintiff, <br><br> v. <br><br> LATASHA TERRELL, et al., <br><br> Defendants. | Case No.: 2:16-cv-01326-AKK-JHE |

## ORDER

On September 19, 2017, the Alabama Department of Corrections ("ADOC") was ordered to provide the last known address for defendant Dana Freeman. (Doc. 17). ADOC has complied with that order and furnished the court with defendant Freeman's last known address, under seal. (Doc. 19). The Clerk of Court is therefore **ORDERED** to serve defendant Freeman with the Order for Special Report (doc. 11), at the address provided under seal by ADOC.

DONE this 2nd day of October, 2017.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE