IN THE UNITED STATE DISTRICT COURT FOR THE NORTHERN DISTRICT FOR THE SOUTHERN DIVISION

QUENTIN TRUSS, AIS#181630
    PLAINTIFF,

    2:16-cv-01326-AKK-JHE

v.

LATASHA TERRELL, et. al.,
    DEFENDANTS,

**PLAINTIFFS' NOTICE TO PARTIES OF HIS ACCEPTANCE OF SETTLEMENT OFFER, AND THE CONDITIONS WHICH PLAINTIFF ATTACHES**

COMES NOW, THE ABOVE PLAINTIFF, BY AND THROUGH HIMSELF, AND DOES HERE MOVE TO PLACE THIS COURT AND THE PARTIES ON NOTICE THAT THE PLAINTIFF ACCEPTS THE SETTELMENT OFFER MADE BY THE DEFENDANTS UNDER SPECIAL CONDITIONS:

(A) THAT THE COURT COSTS FOR THIS CASE ACTION WILL BE PAID FOR BY THE DEFENDANTS,

(B) THAT THE FILING FEE FOR THIS CASE ACTION BE PAID FOR BY THE DEFENDANTS,

NO OTHER SPECIAL CONDITIONS FOLLOWS.

WHEREFORE THE PREMSIES CONSIDERED, THE PLAINTIFF SUBMITS THIS NOTICE TO ALL PARTIES CONCERNED.

    RESPECTFULLY SUBMITTED,

    */s/ Quentin Truss 181630*
    QUENTIN TRUSS #181630
    PLAINTIFF, prose
    100 WARRIOR LANE
    BESSEMER, AL. 35023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING UPON THE COUNSEL FOR DEFENDANTS, VIA., U.S. MAIL, POSTAGE PROERLY AFFIXED, ON THIS 2nd DAY OF November, 2017, & BY WAY OF FASCIMILIE FROM WARDEN LEON BOLLING, W.E. DONALDSON PRISON, ON THIS 2nd DAY OF November, 2017.

                                                                         QUENTIN TRUSS, pross

OFFICE OF HON. JACK WALLACE JR.
ASSISTANT ATTORNEY GENERAL
STATE OF ALABAMA
501 WASHINGTON AVE.
MONTGOMERY, AL. 36130-0152
(334)242-7300-(phone)
(334) 242-2433-(fax)
jwallace@ago.state.al.us

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS 2 DAY OF November, 2017.

_____          3-23-2021
NOTARY PUBLIC                                              MY COMM. EXP.

[Notary seal: JOSHUA BURT SANDERS, NOTARY PUBLIC, ALABAMA STATE AT LARGE]