IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
SOUTHERN DIVISION

QUENTIN TRUSS, AIS # 181630

    Plaintiff,

v.                               2:16-cv-01326-AKK-JHE

LATASHA TERRELL, et al.

    Defendants.

## **NOTICE TO THE COURT**

Come now the Defendants Latasha Terrell, Gregoree Haywood, Teshaura Turnbull, Ardalia Marks Jones, by and through counsel, to advise this Honorable Court that this case was settled on Friday, 3 November 2017, by the execution of a settlement agreement by the Plaintiff with the Defendants. At such time as the settlement has been processed for payment, the parties will file a joint stipulation of dismissal.

                                       Respectfully submitted,

                                       STEVE MARSHALL
                                       ATTORNEY GENERAL

                                       /s/ *Jack Wallace, Jr.*
                                       Jack Wallace, Jr.
                                       ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
334-242-7300
334-242-2433 (Fax)
jwallace@ago.state.al.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2017, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, and that I have further served a copy on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

    Quentin Truss, AIS 181630
    Donaldson Correctional Facility
    100 Warrior Lane
    Bessemer, AL 35023

                                      /s/ *Jack Wallace, Jr.*
                                      Jack Wallace, Jr.
                                      ASSISTANT ATTORNEY GENERAL