# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| QUENTIN TRUSS, <br> AIS # 181630 <br><br> Plaintiff, <br><br> v. <br><br> LATASHA TERRELL, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No.: 2:16-cv-01326-AKK-JHE <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The plaintiff has filed a notice informing the court and the defendants that he accepts the defendants' settlement offer, but seeks payment of court costs and filing fees as a condition of settlement. (Doc. 23). The defendants have filed a notice stating this case was settled on Friday, November 3, 2017, by execution of a settlement agreement. (Doc. 24).

Therefore, the parties having informed the court that this case has been amicably resolved, the parties are **ORDERED** to file a joint stipulation of dismissal within thirty (30) days of the date of this Order.

DONE this 7th day of November, 2017.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE