IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
SOUTHERN DIVISION

QUENTIN TRUSS, AIS # 181630

    Plaintiff,

v.                               2:16-cv-01326-AKK-JHE

LATASHA TERRELL, et al.

    Defendants.

## JOINT STIPULATION OF DISMISSAL

Comes now the parties, Plaintiff Quentin Truss, and the Defendants, by and through counsel, Jack Wallace, Jr., to jointly dismiss this case as the parties have reached settlement.

_____      12/7/2017
Quentin Truss                           Date
Plaintiff

_____      12/7/2017
Jack Wallace, Jr.                     Date
Office of Attorney General
Attorney for the Defendants

1