FILED

2017 Dec-11  AM 11:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| QUENTIN TRUSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  2:16-cv-01326-AKK-JHE |
| | ) | |
| LATASHA TERRELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DISMISSING CASE

A stipulation of dismissal, signed by all remaining parties who have appeared, having been filed in this action (doc. 26), it is hereby **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is **DISMISSED**, **with prejudice**, costs to be taxed as paid.

**DONE** the 11th day of December, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE