# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| QUENTIN TRUSS, <br> AIS# 181630 <br><br> Plaintiff, <br><br> v. <br><br> LATASHA TERRELL, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )  Case No.: 2:16-cv-01326-AKK-JHE <br> ) <br> ) <br> ) <br> ) |

## ORDER

On September 15, 2016, the undersigned entered an order directing the warden or chief jailer of the prison or jail in which the plaintiff is housed to deduct specific sums from any deposits made by or on behalf of the plaintiff into the plaintiff's inmate account.  The order further directed the plaintiff's custodian to remit the withheld sums to the court each month until the $350.00 filing fee was paid in full.  (Doc. 6).  The Clerk has notified the undersigned that the plaintiff has paid the filing fee for this action in full.  Therefore, the warden or chief jailer of the prison or jail where the plaintiff is housed is **DIRECTED** to stop withholding money from the plaintiff's inmate account for payment of the filing fee in this case.

The warden or chief jailer is **ADVISED** that this Order applies only to the filing fee in this action and not to any other action the plaintiff may have pending in this court.  Any withholding order in any other case the plaintiff may have pending is unaffected by this Order.

To the extent the court has received funds in excess of $350.00 to pay the filing fee for this action, the Clerk is **DIRECTED** to reimburse the plaintiff the amount that exceeds $350.00.

The Clerk is **FURTHER DIRECTED** to serve a copy of this Order on the plaintiff, on the warden or chief jailer where the plaintiff is incarcerated and the Departmental Fiscal Manager for the Alabama Department of Corrections.

DONE this 8th day of January, 2018.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE